# United States District Court
## Southern District of Georgia

TRIO ROCCO WILLIAMS,

    Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV4:16-273

SHAWN EMMONS, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of March 7, 2017, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. The case is DISMISSED without prejudice, and this civil action stands CLOSED.

| 03/07/2017 |  | Scott L. Poff |
|---|---|---|
| Date | | Clerk |
| | | *(By) Deputy Clerk* |